UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED

JUN - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDOLPH J. GREENE,
    Plaintiff

Civil Action    05 1097

v.

DISTRICT OF COLUMBIA; et al.,
    Defendants.

PLAINTIFF'S REQUEST TO USE
U.S. POST OFFICE BOX NUMBER AS ADDRESS

COMES NOW Randolph Greene, plaintiff, pro se, and pursuant to Rule 7(b), of the Federal Rules of Civil Procedure, request leave of court to use a U.S. Post Office Box Number as an address (*for correspondence purposes only*) in the above captioned cause for the following, but not limited reasons:

1. The plaintiff resides in the Southern Hills apartment complex located at 4203 Fourth Street, S.E., Washington, D.C.,.

2. The mailboxes for the apartment complex are not set forth within the physical structure of the apartment buildings.

3. The mailboxes are outside of the apartment buildings and near the drive way entrance to an apartment complex.

4. Un-protected, these mailboxes are periodically vandalized.

5. Plaintiff's designated apartment building mailbox has been vandalized.

RECEIVED

MAY 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

6. In an attempt to assure receipt of all in-coming correspondence, plaintiff rented a U.S. post office box over a year ago.

7. This motion is timely.

8. This motion is submitted in good faith and not to vex the orderly function of the court or this case.

9. The defendants will not be prejudiced if this motion is granted.

10. The plaintiff will be prejudiced if this motion is denied. For example, on Wednesday 18th, May 2005, plaintiff had an appointment with Mr. Eugene Weatherford of the Rehabilitation Services Administration, 810 First Street, N.E.,. During this appointment, Mr. Weatherford indicated that he wrote the plaintiff a letter in November 2004. The plaintiff did not receive the letter that Mr. Weatherford wrote plaintiff. Moreover, the letter was not returned to Mr. Weatherford.

WHEREFORE, the premises considered, plaintiff request that this motion is granted and that for *correspondence purposes only* plaintiff is permitted to use P.O. Box 36303, Washington, D.C. 20020, in the above captioned cause.

Respectfully submitted,

RANDOLPH GREENE
4203 Fourth Street, S.E.,
Washington, D.C. 20032
Plaintiff Pro Se
(202-561-4503)