UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RANDOLPH J. GREENE,** )
)
      **Plaintiff,** )
)
v. ) Civil Action No. 05 1097
)
**WASHINGTON, D.C., et al.,** )
)
      **Defendants.** )
)

FILED
JUN - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court on plaintiff's "Request to U.S. Post Office Box Number as Address." Plaintiff, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. The Court finding good cause for plaintiff's motion, it is

**ORDERED** plaintiff's motion is granted and plaintiff may use his Post Office Number as his address for purposes of this litigation.

5/27/05

United States District Judge