CO-538
Rev.3/87

**RECEIVED**

SEP 0 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Randolph Greene
_____
         Plaintiff(s)

vs.

Washington DC, et al.
_____
         Defendant(s)

Civil Action No. 1:05CV-01097 (RWR)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 7th day of September, 20 05, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Messrs. Brian Baker and William Thomas
was [were]: [personally served with process on 8 August 2005 by USMS].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure· on (date the Acknowledgement Form was signed by addressee); _____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.]

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_Randolph Greene_
Attorney for Plaintiff(s)[signature]

Bar Id. Number