Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE
    Plaintiff(s)

Civil Action No. 05-1097 (RWR)

v.

WASHINGTON, DC, et al
    Defendant(s)

RE: **BRIAN BAKER and WILLIAM THOMAS**

## DEFAULT

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 08, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 12th day of September, 2005 declared that: defendants are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Frances_
    Deputy Clerk