**Brian Baker, and**                            :
**William Thomas,**                             :
                                                :
    **Defendants.**          :

# DEFENDANTS BAKER AND THOMAS' MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Now come Defendants Brian Baker and William Thomas, employees of the University of the District of Columbia, through counsel, and respectfully move this honorable Court, pursuant to F.R. Civ. P. 55(c) and for good cause pursuant to F.R. Civ. P. 12(b)(6), to set aside the default entered herein by the Clerk on September 12, 2005. Pursuant to F.R. Civ. P. 12(b)(1) and (6), the Complaint fails to state a claim for which relief can be granted. The grounds for this motion are more fully articulated in the accompanying memorandum of points and authorities.

Pursuant to L. Civ. R. 7(g), this motion is accompanied by a verified answer presenting a defense sufficient to bar the claim in whole. A motion for summary

judgment in favor of Defendants is filed contemporaneously with this motion and

General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008
202-274-5400
ralexander@udc.edu

### Certificate of Service

I certify that a copy of the foregoing Motion to Set Aside Default, accompanied by a Memorandum of Points and Authorities and a Proposed Order, as well as by a Verified Answer, was mailed, first-class postage prepaid, this 14th day of September, 2005, to Randolph J. Greene, *pro se*, P.O. Box 36303, Washington, DC 20020.

*Robin C. Alexander*
Robin C. Alexander

judgment in favor of Defendants is filed contemporaneously with this motion and verified answer.

Pursuant to L.Cv.R. 7, undersigned counsel telephoned Plaintiff on September 14, 2005 upon her return from jury duty in the Superior Court to seek his consent to the relief requested herein. She left a message with her telephone number on his answering machine. Counsel has not been able to actually confer with Plaintiff.

                                      Respectfully submitted,

*/s/ Robin C. Alexander*
ROBIN C. ALEXANDER [D.C. Bar #184572]
General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008
202-274-5400
ralexander@udc.edu

### Certificate of Service

I certify that a copy of the foregoing Motion to Set Aside Default, accompanied by a Memorandum of Points and Authorities and a Proposed Order, as well as by a Verified Answer, was mailed, first-class postage prepaid, this 14th day of September, 2005, to Randolph J. Greene, *pro se*, P.O. Box 36303, Washington, DC 20020.

                                      */s/ Robin C. Alexander*
                                      Robin C. Alexander

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Randolph J. Greene,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1097 RWR |
| : | |
| **Washington, DC, *et al.*,** : | |
| : | |
| **Defendants.** : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS BAKER AND THOMAS' MOTION TO SET ASIDE DEFAULT**

**Factual Background**

On August 8, 2005, Defendants Baker and Thomas were served by the U.S. Marshall with their summonses and Amended Complaints herein and signed Requests for Representation with the General Counsel of the University of the District of Columbia for their defense. Unfortunately, the press of other business prevented counsel from preparing the accompanying motion to dismiss the Amended Complaint, or alternatively, for summary judgment in favor of Defendants before she left for her annual vacation. Upon her return, an unusual mass of new cases and "urgent" matters demanded her immediate attention. In any event, she was prepared to electronically file the accompanying dispositive motion on behalf of all University Defendants on September 12, 2005, when she checked and discovered that the Clerk had just entered a default against the first two defendants served.

Service of process was made later on the other University defendants and all responses are not yet due. Plaintiff has not been prejudiced by the delay and the efficiency of the court has not been compromised.

## Argument

### I. *This Court Lacks Subject Matter Jurisdiction.*

While the Amended Complaint sets forth a statutory basis for federal jurisdiction, it does not describe any injury justifying the claims. The Amended Complaint attempts to assert claims for deprivation of a right to obtain legal information from a public facility, denial of life, liberty or property without due process of law, and subjection to cruel and unusual punishment. The first cause of action does not exist. The second is belied on the face of the Amended Complaint in paragraph 11, where Plaintiff alleges he learned he was barred from the Law Library after he had concluded use of it. The third is patently frivolous. As demonstrated in the accompanying motion to dismiss or for summary judgment, Plaintiff had abused his privilege of access to the Law Library. Denial of an abused privilege hardly amounts to cruel and unusual punishment.

2

## Conclusion

For the foregoing reasons, the Default herein should be vacated and the accompanying verified answer should be accepted for filing.

Respectfully submitted,

_____
ROBIN C. ALEXANDER [D.C. Bar #184572]
General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008
202-274-5400
ralexander@udc.edu

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Randolph J. Greene,** :
:
    **Plaintiff,** :
:
v. : Civil Action No. 05-1097 RWR
:
**Washington, DC, *et al.*,** :
:
    **Defendants.** :

## O R D E R

Upon consideration of Defendant's motion to set aside default and any opposition thereto and it appearing that there be good reason for vacating the default, it is this _____ day of _____, 2005,

ORDERED: That the September 12, 2005 Default entered herein by the Clerk of the Court be and hereby is set aside; and

BE IT FURTHER ORDERED: That the Verified Answer of Defendant be logged and entered on the docket.

 

_____
United States District Judge

cc: Robin C. Alexander
    University General Counsel
    University of the District of Columbia
    4200 Connecticut Avenue, N.W.
    Washington, DC 20008

    Mr. Randolph J. Greene
    P.O. Box 36303
    Washington, DC 20020