UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,
       Plaintiff                                                Civil Action #051097(RWR)

     Vs.

DISTRICT OF COLUMBIA; et al.,
       Defendants.

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

AND NOW COMES Randolph J. Greene, plaintiff, pro se, and respectfully request a thirty (30) day extension of time to file plaintiff's cross-motion for summary judgment for the following, but not limited reasons:

1. Plaintiff is appearing *pro se*.

2. Plaintiff is a layman.

3. As a result of a lack of formal legal education and training, extra time is needed to: a) ascertain relevant tomes to peruse; b) cross reference statutes, regulations and judicial opinions that may or may not be relevant to plaintiff's grounds for cross-motion for summary judgment in his favor; c) review the statutes, regulations and judicial opinions the defendants rely on for purposes of rebuttal; and d) gather his thoughts and reduce them to writing.

4. This motion is timely.

5. This motion is submitted in good faith and will not vex the orderly function of this court.

6. The defendants will not be prejudiced if this motion is granted.

2

7. The plaintiff will be prejudiced if this motion is denied.

8. The court is invested with discretionary authority to grant this motion.

WHEREFORE, the premises considered, plaintiff request an extension of thirty (30) days to prepare and file plaintiff's cross-motion for summary judgment.

Respectfully submitted,

Randolph J. Greene
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se