UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

    Plaintiff                                        Civil Action #05-1097(RWR)

    v.

DISTRICT OF COLUMBIA; et al.

    Defendants.

### PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANTS BAKER AND THOMAS

COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Rule 55, of the Federal Rules of Civil Procedure, request entry of default judgment by an Article III Judge against defendants Baker and Thomas, for the following, but not limited reasons:

1. A copy of the summons and complaint was served on defendants Baker and Thomas in their official and individual capacities by the U. S. Marshals Service 21 July 2005.

2. Defendants were ordered to plead or otherwise respond by or before 8 August 2005, but they failed to do so.

3. Accordingly, the Clerk of the Court entered a default judgment against defendants Baker and Thomas.

4. Defendants defaulted because of the acts or omissions of their attorneys.

2

5. The defendants are not infants.

6. The defendants are not incompetents.

7. The defendants are not members of the military.

Attached hereto in support of this application is plaintiff's affidavit.

WHEREFORE, the premises considered, plaintiff request entry of default judgment against defendants Baker and Thomas either as a deterrent or sanction defendants as may appear just and proper under the circumstances.

                              Respectfully submitted,

                              RANDOLPH J. GREENE
                              P.O. Box 36303
                              Washington, D.C. 20020
                              (202) 561-4503
                              Plaintiff Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RANDOLPH J. GREENE,**

    Plaintiff

    v.

Civil Action #05-1097(RWR)

**DISTRICT OF COLUMBIA; et al.,**

    Defendants.

### AFFIDAVIT

**WASHINGTON**

District of Columbia

    I, Randolph J. Greene, being first duly affirmed, according to law, depose and say:

    1. I am the plaintiff in the above captioned cause and am familiar with all the facts and circumstances in this action.

    2. This affidavit is made pursuant to Rule 55, of the Federal Rules of Civil Procedure in support of my application for the entry of default judgment against defendants Baker and Thomas.

2

3. This is an action for declaratory and injunctive relief, and damages for being banned from UDCs law library (and computer lab) minus rudimentary due process and minimum procedural safeguards.

4. Defendants Baker and Thomas were served a copy of the summons and complaint 21 July 2005 by the U. S. Marshals Service, in both their individual and official capacities and ordered to plead or otherwise respond by or before 8 August 2005.

5. Defendants failed to answer or respond by 8 August 2005, because of their attorneys acts or omissions.

6. Defendants are not infants, incompetent or members of the military.

7. Defendants reside in Washington, D.C.

Pursuant to Title 28, United States Codes Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September 2005.

AFFIANT
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se