UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

    Plaintiff                                  Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; <u>et al.,</u>

    Defendants.

<u>PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL</u>

    AND NOW COMES Randolph J. Greene, plaintiff, pro se, and pursuant to Title 28, United States Codes §1915, request appointment of counsel to prosecute this litigation on the plaintiff's behalf for the following, but not limited reasons:

    1. The court is invested with discretionary authority to request a member of the bar referred to in Plaintiff's Exhibit "B"(attached hereto) to represent plaintiff.

    2. The plaintiff is appearing pro se.

    3. The plaintiff is a layman.

    4. The plaintiff has not received formal education and training in the areas of the law concerning: a) presentation of evidence; b) examination and cross-examination of witnesses; c) pre-trial discovery and inspection; d) jury selection; e) the Federal Rules of Evidence; and f) the Federal Rules of Civil Procedure.

5. Veteran attorneys represent the defendants. Such attorneys are knowledgeable of the areas of judicial practice and procedure referred to in the preceding paragraph.

6. This motion is timely.

7. This motion is submitted in good faith and will if granted, expedite the resolution of this litigation much better than the plaintiff proceeding pro se unless the disinterested Article III drops his cloak of impartially and acts as plaintiff's advocate throughout these proceedings.

8. The defendants will not be prejudiced if this motion is granted.

9. The plaintiff will be prejudiced if this motion is denied.

WHEREFORE, the premises considered, plaintiff request that a member of the bar referred to in Plaintiff's Exhibit "B" is requested to represent plaintiff in this litigation.

Respectfully submitted,

*/s/ Randolph J. Greene*

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se

 **ZUCKERMAN SPAEDER** LLP   1800 M STREET, NW   WASHINGTON, DC 20036-5802
202.778.1800 | 202.822.8106 fax   www.zuckerman.com

Eleanor H. Smith
(202) 778-1838
esmith@zuckerman.com

August 29, 2005

Randolph J. Greene
P.O. Box 36303
Washington, DC 20020

Dear Mr. Greene:

It was a pleasure to speak with you today regarding your request that Zuckerman Spaeder LLP provide *pro bono* assistance to you with respect to your pending litigation against the District of Columbia and others, <u>Greene v. District of Columbia, et al.</u>, U.S. District Court #1:05CV1097 (RWR). Upon consideration of your request and the firm's current circumstances, we find that we are unable to provide you with *pro bono* assistance in this matter at this time.

Thank you for thinking of us.

Sincerely,

Eleanor H. Smith

Exhibit "B"

# WILMER CUTLER PICKERING
# HALE AND DORR LLP

Christopher J. Herrling

2445 M STREET NW
WASHINGTON, DC 20037
+1 202 663 6780
+1 202 663 6363 fax
christopher.herrling@wilmerhale.com

September 2, 2005

Randolph J. Greene
P.O. Box 36303
Washington, DC 20020

Dear Mr. Greene:

I am writing in response to your August 18, 2005 letter to Carol Clayton seeking legal assistance from our firm. As you might imagine, we cannot undertake all of the meritorious requests for pro bono representation that we receive. Regrettably, we are not able to offer you assistance at this time.

Thank you for seeking legal services from our firm, and we wish you the best in your efforts in securing legal representation.

Sincerely,

Christopher J. Herrling

cc: Carol Clayton

BALTIMORE    BERLIN    BOSTON    BRUSSELS    LONDON    MUNICH
NEW YORK    NORTHERN VIRGINIA    OXFORD    PRINCETON    WALTHAM    WASHINGTON

# Vinson&Elkins

William E. Lawler III  wlawler@velaw.com
Tel 202.639.6676  Fax 202.639.6604

August 23, 2005

Randolph J. Greene
P.O. Box 36303
Washington, DC  20020

Dear Mr. Greene:

My partner, Jay Hebert, has forwarded to me your recent correspondence to him regarding your request for our pro bono assistance in a matter you have regarding the University of the District of Columbia. Similar to the pro bono programs of other law firms, our pro bono program does not accept cases directly from individuals. Rather, we work with a series of pro bono providers, such as Legal Counsel for the Elderly or the Legal Aid Society, who perform initial screening and review of cases, and then refer appropriate ones to us. As a result of this, we are not able to assist you in the matter referred to in your correspondence.

Based on the matters I understand to be an issue in your claim, you may want to consider contacting either the Legal Aid Society or the American Civil Liberties Union to see if they might be able to assist you.

Very truly yours,

William E. Lawler III

cc:  Jay Hebert

3

455264_1.DOC

# Morgan & Finnegan, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1775 EYE STREET, NW, SUITE 400
WASHINGTON, DC, 20006-2401

TEL: 202-857-7887
FAX: 202-857-7929
www.morganfinnegan.com

Michael S. Marcus
(202) 857-8018
MMarcus@morganfinnegan.com

August 24, 2005

Mr. Randolph J. Greene         **_VIA REGISTERED MAIL_**
P.O. Box 36303
Washington, D.C. 20020

   Re: Greene V. District of Columbia, et al.
     U.S. Dist. Ct. 1:05 CV1097(RWR)

Dear Mr. Greene:

  This letter is in reply to your letter of August 19, 2005, in which you request Morgan & Finnegan to represent you in the above-identified matter.

  For various reasons, the firm has decided not to represent you. However, in declining to represent you, Morgan & Finnegan is not expressing any opinion or view regarding the merits of this matter. Accordingly, as time may be of the essence, you should not refrain from seeking legal assistance from another attorney or firm based upon any interpretation that you may place on this firm's decision.

             Very truly yours,

             Michael S. Marcus

MSM/crp

Enclosure: Copy of CV1097(RWR)

NEW YORK: 3 WORLD FINANCIAL CENTER, NEW YORK, NY 10281-2101 TEL: 212-415-8700 FAX: 212-415-8701
CALIFORNIA: 44 MONTGOMERY STREET, SUITE 2550, SAN FRANCISCO, CA 94104-4712 TEL: 415-318-8800 FAX: 415-676-5816
CONNECTICUT: 100 FIRST STAMFORD PLACE, STAMFORD, CT 06902 TEL: 203-391-2100 FAX: 203-391-2101

63709 v1

# HOGAN & HARTSON

L.L.P.

Direct Dial No.
202-637-6638

COLUMBIA SQUARE<br>
555 THIRTEENTH STREET, NW<br>
WASHINGTON, DC 20004-1109<br>
TEL (202) 637-5600<br>
FAX (202) 637-5910<br>
WWW.HHLAW.COM

August 25, 2005

Mr. Ronald J. Greene
P.O. Box 36303
Washington, DC 20020

Dear Mr. Greene:

      Thank you for your recent letter to Warren Gorrell regarding pro bono assistance. We receive many, many more requests than we could possibly handle, and we are unable to take on many of the cases that are brought to our attention. Unfortunately, we will not be able to assist you at this time.

Sincerely,

Lori J. Searcy

lah

5

\\\DC - 90334/8002 - 2046838 v1

BERLIN  MUNICH  BRUSSELS  LONDON  PARIS  BUDAPEST  PRAGUE  WARSAW  MOSCOW  BEIJING  SHANGHAI  TOKYO
NEW YORK  BALTIMORE  McLEAN  MIAMI  DENVER  BOULDER  COLORADO SPRINGS  LOS ANGELES

**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE, NW MORRISON & FOERSTER LLP
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

September 14, 2005

Randolph J. Greene
P.O. Box 36303
Washington, D.C. 20020

Dear Mr. Greene:

I am responding to your letter, dated August 19, 2005, addressed to Nicholas Spoliotes regarding your complaint against the University of the District of Columbia, the District of Columbia and other named defendants and requesting our assistance on a *pro bono* basis.

In order to keep the limited resources of our office dedicated to providing legal services for our current *pro bono* clients, we rely on referrals from The District of Columbia Bar and other local public service agencies that have the facilities and expertise to match those in need of legal assistance with the attorneys best suited to provide it. You can reach The District of Columbia Bar at the following address:

> The District of Columbia Bar
> 1250 H Street NW, sixth floor
> Washington DC 20005-5937
> Telephone: (202) 737-4700

On the second Saturday of each month at 10 a.m., the Bar offers a free walk in clinic at the following address where volunteer attorneys are available:

> Bread for the City - Northwest Center
> 1525 7th Street, NW
> Washington DC



dc-427040

**MORRISON | FOERSTER**

Randolph J. Greene
September 14, 2005
Page Two

We are fortunate to have one of the finest Bars in the country with a comprehensive *pro bono* intake and referral program, so I am confident that you will receive prompt attention.

We have not reviewed the facts, merits or any applicable law or statute of limitations, and we are not able to offer any opinion, regarding the matter about which you contacted us.

Sincerely,

*[signature]*

Rafael L. Petrone

dc-427040