UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Randolph J. Greene,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 05-1097 RWR |
| Washington, D.C., | :<br>: |
| William L. Pollard, | :<br>: |
| Clemmie Solomon, | :<br>: |
| Brian Baker, and | :<br>: |
| William Thomas,<br>    Defendants. | :<br>: |

## DEFENDANTS BAKER AND THOMAS' RESPONSE TO PLAINTIFF'S RESPONSE TO THEIR MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

Now come Defendants Brian Baker and William Thomas, employees of the University of the District of Columbia, through counsel, in response to Plaintiff's opposition to Defendants Baker and Thomas' motion to set aside the Clerk's entry to default. A Memorandum of Points and Authorities in Support of the response is attached herein and incorporated by reference herein.

                                Respectfully submitted for
                                ROBIN C. ALEXANDER [D.C. Bar #184572]
                                General Counsel/ ralexander@udc.edu

                                CLARENE MARTIN (D.C. Bar #193235)
                                Assistant General Counsel
                                University of the District of Columbia
                                4200 Connecticut Avenue, N.W.
                                Washington, DC 20008
                                202-274-5400

## Certificate of Service

I certify that a copy of the foregoing Response to Plaintiff's opposition to Defendants' Motion to set aside the Clerks' entry of default accompanied by a Memorandum of Points and Authorities, was mailed, first-class postage prepaid, this 28th day of September, 2005, to Randolph J. Greene, *pro se*, P.O. Box 36303, Washington, DC 20020.

_____
Clarene Martin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Randolph J. Greene,**               :
                                       :
       **Plaintiff,**          :
                                       :
v.                                     :   Civil Action No. 05-1097 RWR
                                       :
**Washington, D.C.,**                  :
                                       :
**William L. Pollard,**                :
                                       :
**Clemmie Solomon,**                   :
                                       :
**Brian Baker, and**                   :
                                       :
**William Thomas,**                    :
                                       :
       Defendants.             :


### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS BAKER AND THOMAS' RESPONSE TO PLAINTIFF'S RESPONSE TO THEIR MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

### ARGUMENT:

#### I. Failure to Respond Was Not the Fault of Defendants.

Rule 55(c) of the Federal Rules of Civil Procedure permits this Court to set aside an "entry of default" upon a showing of "good cause." It is long settled that Fed. R. Civ. P. *55(c)* should be given a liberal construction. *E.g.*, Barber v. Turberville, 218 F.2d 34, 36 (D.C. Cir. 1954); Tolson v. Lodge, 411 F.2d 123, 130 (4th Cir. 1969); Consolidated Gas & Equipment Co. v. Carver, 257 F.2d 111, 114-15 (10th Cir. 1958). Any doubts as to whether relief should be granted from a default—i.e., whether the default should be

vacated—are to be resolved in favor of granting such relief. *E.g.,* Tolson v. Hodge, 411 F.2d at 130. As this Court has stated, "[i]n deciding whether to set aside a default or default judgment, the record must be construed in the light most favorable to the moving party." Asia N.A.M. Eastbound Rate Agreement v. BJI Industries, Inc., 900 F. Supp. 507, 511 (D.D.C. *1995), supplemented on other gds.,* 923 F. Supp. 4 (D.D.C. 1996), *citing* Jackson v. Beech, 636 F.2d 831 (D.C. Cir. 1980). This is in keeping with the "judicial preference for adjudication on the merits." Oberstar v. Federal Deposit Insurance Corp., 987 F.2d 494, *504* (8th Cir. 1993). *See also* Asia N.A.M. Eastbound Rate Agreement v. BJI Industries, Inc., 900 F. Supp. at 510. Moreover, where there is a failure to specifically file a response to the complaint at an earlier date, this failing is not to be attributed to the client and the client is not to be penalized by a default or default judgment if any such failing was not the fault of the client. Jackson v. Beech, 636 F.2d at 831; Barber v. Turberville, 218 F.2d at 36.

In this case, any failure to file a response at an earlier date or motion for extension to file is attributable only to counsel. Defendant submitted the request for representation and the Complaint to the Office of the General Counsel of the University of the District of Columbia within a timely fashion: within three business days of receipt. Unfortunately, the General Counsel did not respond until September 14, 2005, 16 days after Defendants' response was due, two days after entry of the default judgment by the Clerk of the Court .

Given that any failure to plead or otherwise defend the subject action was in no way the fault of Defendants, the Court should not penalize Defendant by allowing the default to stand.

II.. There Is No Prejudice to Plaintiff.

Moreover, the default should be vacated because there has been no prejudice to Plaintiff. This motion is being filed only sixteen (16) days after Defendant's response to the Complaint was due and two (2) days after entry of the default. Further, service of process was made later on the other University defendants and their responses were due at a later date and were timely filed. Therefore, the Court should vacate the default because Plaintiff would not be prejudiced by the vacatur.

III. CONCLUSION:

Based on the foregoing and in order to reach a just resolution in the case at bar, Defendants respectfully request that this Court vacate the Default, entered on September 12, 2005.

Respectfully submitted for
ROBIN C. ALEXANDER [D.C. Bar #184572]
General Counsel    ralexander@udc.edu

CLARENE MARTIN (D.C. Bar #193235)
Assistant General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008
202-274-5400    cmartin@udc.edu