UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

    Plaintiff

v.                                                  Civil Action #05-1097(RWR)

DISTRICT OF COLUMBIA; et al.,

    Defendants.

## PLAINTIFF'S MOTION TO FILE RELATION BACK AMENDMENT

COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Rule 15©, of the Federal Rules of Civil Procedure, respectfully request permission to file a relation back amendment in the above-captioned cause for the following, but not limited reasons:

1. The defendants have attacked the sufficiency of plaintiff's original allegations. That opens up the door for an amendment of pleadings.

2. The plaintiff's original allegations concern events occurring on 10 May 05. The defendants state in their moving papers that the 10 May 05, ban was in reality premised upon events occurring on 20 September 04. This opens up the door for the plaintiff's version of the same 20 September 2004, episode.

3. Plaintiff's amendment and the original complaint are inextricably related. Both involve the plaintiff's ban from UDCs law library.

RECEIVED
NOV 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Plaintiff's amendment restates the original allegations with greater specificity.

5. Plaintiff's amendment amplifies the original complaint.

6. This motion is timely.

7. This motion is submitted in good faith and not to vex the orderly function of this court.

8. The amendment names two new defendants, viz., the Board of Trustees of UDC and Ms. Mireille B. Tshiteya. The former is charged with the responsibility for governing UDC, and to determine, control, supervise and manage all affairs of UDC and is suable pursuant to Title 38, D.C. Codes §1202.01. The latter submitted an eleven page complaint relied upon by defendant Baker to restrict the plaintiff's access to a university facility. Plaintiff's Exhibit "F". Under the circumstances, neither the Board of Trustees nor Ms. Tshiteya will be surprised that they are joined as defendants in this action. Their joinder will: (a) not prejudice the other defendants; and (b) enhances the court's jurisdiction.

9. The plaintiff will be prejudiced if this motion is denied.

10. Rule 15© invests this court with discretion to grant this motion and permit plaintiff to file the accompanying relation back amended complaint.

3

WHEREFORE, the premises considered, plaintiff's request to file the accompanying relation back amendment should be GRANTED.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
Plaintiff Pro Se
(202) 561-4503