UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

        Plaintiff                               Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

        Defendants.

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF 7 OCTOBER 2005 ORDER DENYING APOINTMENT OF COUNSEL

COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Title 28, United States Codes §1915, respectfully request reconsideration of this Court's 7 October 2005, Order, denying the plaintiff's request for appointment of counsel, without prejudice, for the following, but not limited reasons:

1. Plaintiff's comprehensive Relation-Back Amended Complaint.

2. The university defendants' second motion to dismiss, or in the alternative, for summary judgment is frivolous.

3. If the court denies the university defendants' dispositive motion, the court may at some in time in the future, set a date for a pretrial conference to be conducted, including, but not limited to a deadline for completing pretrial discovery and inspection. The university defendants, *inter alia*, need to be deposed. Plaintiff has no skill in conducting depositions and would do inestimable harm to his cause of action trying to depose the defendants represented by counsel. Too, interrogatories need to be propounded to the university defendants which is another area plaintiff

2

lacks skill in. Furthermore, documentary evidence needs to be inspected, perused and evaluated. The plaintiff has no training or educational background in the Federal Rules of Evidence.

    4. Some persons in the defendant-party may need to be changed. Counsel, after discovery and inspection would be in a better position to make an informed decision in this matter. If parties need to be added or dropped, counsel for the plaintiff probably would prefer to amend plaintiff's pleadings reflecting such changes.

    5. Counsel for the plaintiff would be a benefit to the court and defense counsel.

    6. This motion is timely.

    7. This motion is submitted in good faith.

    8. The defendants would not be prejudiced if this motion is granted.

    9. The plaintiff would be prejudiced if this motion is denied due to plaintiff's layman status.

    10. This Court's discretion.

WHEREFORE, the premises considered, plaintiff's motion for reconsideration of the request for the appointment of counsel should be GRANTED, and a member of the bar requested to prosecute this action on the plaintiff's behalf.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

The Undersigned hereby certify that he served a copy of the Plaintiff's

**MOTION FOR RECONSIDERATION OF
7 OCTOBER 2005 ORDER DENYING APPOINTMENT OF COUNSEL**

**RESPONSE TO DEFENDANTS SECOND MOTION
TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

**EXHIBITS "O"-"S"**

On defendants counsel of record, Ms. Robin C. Alexander, Office of General Counsel, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by hand delivering a copy to said office, in person, this ____ day of February 2006.

UYNDERSIGNED,
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se