UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

        Plaintiff                                   Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

        Defendants.

### PLAINTIFF'S MOTION TO SERVE DEFENDANT TSHITEYA WITH SUMMONS

    COMES NOW Randolph J. Greene, plaintiff, *pro se*, and pursuant to Rule 7(b)(1), of the Federal Rules of Civil Procedure, respectfully request that defendant Tshiteya, is served with Summons, in the above-captioned cause, for the following, but not limited reasons:

    1. On 28 November 2006, the plaintiff filed a motion to file an accompanying relation-back amended complaint.

    2. The relation-back amended complaint names two new defendants, *viz.*, the Board of Trustees of the University of the District of Columbia and Ms. Mireille Tshiteya.

    3. On 3 January 06, the Court granted plaintiff's motion. Thereafter, lead counsel for the defendants notified the Court that she would be representing defendant Board of Trustees. No such notification of entry of appearance for defendant Tshiteya has been filed.

RECEIVED
FEB 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. On information and belief, defendant Tshiteya has yet to be served with a copy of the relation-back amended complaint and a summons.

5. This motion is timely.

6. This motion is submitted in good faith and will not vex the orderly proceedings in the above-captioned cause.

7. The defendants will not be prejudiced if this motion is granted.

8. The plaintiff will be prejudiced if this motion is denied.

9. This Court's discretion.

WHEREFORE, the premises considered, plaintiff request that this motion is GRANTED, and that defendant Tshiteya is served with summons in the above-captioned cause.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

The Undersigned hereby certify that he served a copy of the Plaintiff's

## MOTION TO SERVE
## DEFENDANT TSHITEYA WITH SUMMONS

on Ms. Robin C. Alexander, Office of the General Counsel, University of the District of Columbia, 4200 Connecticut Avenue, N.W., defendants counsel-of-record, by hand-delivering a copy of same to said office, this 6th day of February 2006.

UNDERSIGNED
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se