UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

       Plaintiff                                Civil Action 05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

       Defendants.

PLAINTIFF'S REQUEST TO SUBSTITUTE FIRST PAGE
OF PLAINTIFF'S RESPONSE MEMORANDUM TO REPLY
MEMORANDUM OF UNIVERSITY DEFENDANTS IN SUPPORT
OF THEIR MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT

    COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Rule 7(b), of the Federal Rules of Civil Procedure, request to substitute the first page of the plaintiff's response memorandum to reply memorandum of university defendants in support of their motions to dismiss or for summary judgment, for the following, but not limited reasons:

    1. The defendants filed a two-page reply memorandum to the plaintiff's first response to their motion to dismiss, or for summary judgment.

    2. The plaintiff prepared a response memorandum to the defendants reply memorandum.

    3. On or about 7 February 06, the court denied plaintiff leave to file the pleading referred to in ¶2, i.e., plaintiff's response memorandum to reply memorandum of university defendants in support of their motions to dismiss or for summary judgment.

RECEIVED
FEB 22 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. The Court denied plaintiff leave to file the pleading referred to above in ¶3, because the plaintiff stated an incorrect case number.

5. Attached hereto is the first page of the pleading referred to above in ¶3, bearing the correct case number.

WHEREFORE, the premises considered, plaintiff request to substitute the first page of the plaintiff's response memorandum to reply memorandum of university defendants in support of their motions to dismiss or for summary judgment.

Respectfully submitted,

*Randolph J. Greene*

RANDOLPH J. GREENE
P.O. Box 363033
Washington, D.C. 20020
Plaintiff Pro Se