UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

      Plaintiff                       Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

      Defendants.

PLAINTIFF'S RESPONSE MEMORANDUM TO REPLY
MEMORANDUM OF UNIVERSITY DEFENDANTS IN SUPPORT
OF THEIR MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT

I.    STATEMENT

This is a *pro se* civil rights action for declaratory and injunctive relief and damages against the defendants pursuant to *inter alia,* Article III, §2, clause 1, of the Constitution of the United States of America, and Title 28, United States Codes §§1331,1343(a)(3),(b), 2201-02, and Title 42, United States Codes §1983, for imposing a disciplinary sanction (i.e., restriction of access to a university facility) against the plaintiff, for alleged nonacademic misconduct (impermissible speech on UDCs campus) without first affording the plaintiff rudimentary due process and minimum procedural safeguards.

In response to the plaintiff's inartfully drawn *pro se* complaint, the defendants moved to dismiss or for summary judgment. Plaintiff countered with a response thereto, supporting memorandum, exhibits (including an affidavit) and tendered a relation-back amended complaint. The university defendants answered

## CERTIFICATE OF SERVICE

The Undersigned hereby certify that he served a copy of the Plaintiff's

REQUEST TO SUBSTITUTE FIRST PAGE OF
PLAINTIFF'S RESPONSE MEMORANDUM TO REPLY
MEMORANDUM OF UNIVERSITY DEFENDANTS IN SUPPORT
OF THEIR MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT

on defendants attorney of record, Ms. Robin C. Alexander, Office of General Counsel, University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by hand-delivering a copy of same to said office, this 22nd day of February 2006.

UNDERSIGNED,
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
Plaintiff Pro Se
(202) 561-4503