UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RANDOLPH J. GREENE | : | |
| P.O. Box 36303 | : | |
| Washington, DC 20020 | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action # 05-1097 RWR |
| | : | |
| WASHINGTON, DC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**UNIVERSITY DEFENDANTS REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION
TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

For all the erudition Plaintiff attempts to exhibit in his "response" to the motion of the University Defendants to dispose of his Amended Complaint by the liberal use of Latin words and phrases and conclusory pronouncements, it is abundantly clear that he cannot mount a reasoned opposition to Defendants' arguments. His repeated, conclusory denunciation of the merits of Defendants' motion without authority refuses to recognize the distinction between right and privilege and the circumstances under which due process is required. Plaintiff refuses to perceive that the University Defendants went out of their way to protect the rights of the entitled law school student without causing harm to any legitimate interest of Plaintiff. He has not been disciplined as a student and no entry was made on his academic record.

Further, with the February 22, 2006 filing of his Request to Substitute a page of his previous memorandum responding to Defendants' Reply memorandum in support of its previous dispositive motion which the Court has ruled moot, demonstrates the Plaintiff's

refusal to adhere to the rules of this Court, intransigent determination to have the last word even when he is not entitled to it, and complete disregard for any semblance of order or organization in the presentation of his claims. Since the title of his requests seems to indicate that he has resubmitted it, not only with the proper case number, but to be considered in further opposition to the currently pending motion, Defendants must object to Plaintiff's harassing manner of litigation. His authorities do not support his conclusions. His factual assertions are inconsistent with the record, including his own exhibits. Not only does his case lack merit, but Plaintiff persists in abusing his *pro se* status with incessant filings which continue to confuse the record, shed no light on the material aspects of his putative claims, and deny the Court an opportunity to address the merits of his claims.

## Conclusion

The Amended Complaint should be dismissed for its failure to state a claim for which relief can be granted, or, in the alternative, summary judgment should be granted to Defendants as a matter of law. Plaintiff's latest request to amend a moot pleading should be denied and stricken.

Respectfully submitted,

_____
ROBIN C. ALEXANDER D.C. Bar # 184572]
University General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008
202-274-5400
ralexander@udc.edu

## Certificate of Service

I certify that a copy of the foregoing University Defendants' Reply in support of their pending dispositive motion was mailed, first-class postage prepaid, this 27th day of February 2005, to Randolph J. Greene at P.O. Box 36303, Washington, DC 20020 and to Robert J. Spagnoletti, D.C. Attorney General at 441 Fourth Street, N.W., Washington, DC 20001.

_____
Robin C. Alexander