UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

       Plaintiff                    Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

       Defendants.

PLAINTIFF'S *NUNC PRO TUNC* REQUEST FOR
PERSONAL SERVICE OF PROCESS ON DEFENDANT TSHITEYA

COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Rule 4(e), 4(f) and Rule 7(b), of the Federal Rules of Civil Procedure, respectfully request, personal service of process on defendant Tshiteya, *nunc pro tunc*, for the following, but not limited reasons:

1. This is a *pro se* civil rights action.

2. The plaintiff did not know that after the Court granted the plaintiff's motion to file a relation-back amended complaint, adding Ms. Tshiteya as a defendant, that the plaintiff was required to motion the court for service of process on that defendant.

3. Although the court has granted a preceding motion to have the summons and a copy of the complaint served on defendant Tshietya, the U.S. Marshals Service did so by mail. As a result, defendant Tshiteya has avoided being served by never taking custody, control and service of her correspondence.

**RECEIVED**

APR 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. On information and belief, the only way for service of process to be effectuated on defendant Tshiteya is by personal service of process by the U.S. Marshals Service.

5. Although defendant Tshiteya is not a resident of Washington, D.C., she does reside within less than one-hundred miles of Washington, D.C. To be sure, she resides just on the other side of the Maryland State line, near the area known as East Over, off of Indian Head Highway.

6. In the alternative, and only as an alternative, the U.S. Marshals Service can serve defendant Tshiteya in care of the David A. Clark School of Law, at UDC where she is enrolled at. She was working at the reception desk in the law library in Building 39 on the B-Level.

7. This motion is timely.

8. This motion is submitted in good faith.

9. This motion will not vex the orderly proceedings in this case.

10. The defendants will not be prejudiced if this motion is granted.

11. The plaintiff will be prejudiced if this motion is denied.

12. This Court's discretion.

WHEREFORE, the premises considered, plaintiff's *nunc pro tunc* motion to have the U.S. Marshals Service serve the summons and a copy of the complaint on defendant Tshiteya in person should be GRANTED.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se