UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

        Plaintiff                    Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.

        Defendants.

PLAINTIFF'S *NUNC PRO TUNC* MOTION TO STRIKE
DEFENDANTS' SECOND MOTION TO DISMISS, OR IN
THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Rule 7(b) and Rule 12(f), of the Federal Rules of Civil Procedure, respectfully request this Court to strike defendants' second motion to dismiss, or in the alternative, motion for summary judgment, for the following, but not limited reasons:

1. In response to the plaintiff's relation-back amended complaint, the defendants' have filed a second motion to dismiss, or in the alternative, for summary judgment.

2. Motions for summary judgment filed in this Honorable Court are governed by Rule 7(h), of the Local Rules of the United States District Court for the District of Columbia.

3. According to Local Rule 7(h), all motions for summary judgment *shall* be accompanied by a set of specified documents.

**RECEIVED**

APR 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. The defendants second motion to dismiss, or in the alternative, for summary judgment, except for a memorandum of law, is not accompanied by the documentation required by Local Rule 7(h).

5. The defendants are not entitled to use the documentation attached to their first motion to dismiss, or for summary judgment because those documents became null and void after this court denied the defendants first motion to dismiss, or for summary judgment as moot.

6. This motion is timely.

7. This motion is submitted in good faith.

8. This motion will not vex the orderly proceedings in this case.

9. The plaintiff could be prejudiced if this motion is denied.

10. This Court's discretion.

WHEREFORE, the premises considered, plaintiff's *nunc pro tunc* motion to strike defendants' motion to dismiss, or for summary judgment should be GRANTED, and the defendants dispositive motion stricken from the above-captioned cause.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro se

## CERTIFICATE OF SERVICE

The Undersigned hereby certify that he has served a copy of the Plaintiff's

**NUNC PRO TUNC REQUEST FOR PERSONAL
SERVICE OF PROCESS ON DEFENDANT TSHITEYA**

**NUNC PRO TUNC MOTION TO STRIKE
DEFENDANTS' SECOND MOTION TO DISMISS, OR
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

on defendants attorney of record, Ms. Robin C. Alexander, General Counsel's Office, University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by hand-delivering a copy of same, Monday 3rd, April 2006.

UNDERSIGNED,
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se