UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RANDOLPH J. GREENE | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action # 05-1097 RWR |
| | : | |
| WASHINGTON, DC, | : | |
| | : | |
| WILLIAM L. POLLARD, President | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| CLEMMIE SOLOMON, Vice President | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| BRIAN BAKER, Professor | : | |
|     David A. Clarke School of Law | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| WILLIAM THOMAS, Library Technician | : | |
|     David A. Clarke School of Law | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
|     and | : | |
| | : | |
| MIREILLE B. TSHITEYA, | : | |
|     671 Audrey Lane, Apt. #302 | : | |
|     Oxon Hill, MD 20745, | : | |
| | : | |
|     Defendants. | : | |

**UNIVERSITY DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S *NUNC PRO TUNC* MOTION TO STRIKE**

    Come now the University Defendants herein, the Board of Trustees of the University

of the District of Columbia; Dr. William L. Pollard, President, UDC; Dr. Clemmie Solomon,

Vice President, Student Affairs, UDC; Mr. Brian Baker, Director, Charles and Hilda Mason law Library (hereafter, "law library"), UDC; and Mr. William Thomas, Library Technician, law library, UDC; and oppose the frivolous and vexatious motion of Plaintiff to strike the University Defendants' pending Motion to Dismiss or for Summary Judgment.

Plaintiff provides no legal support for his declaration that Defendants may not rely upon the Record for support for their motion. Documents do not become "null and void" as if they do not exist, just because the previous motion with which they were submitted has been denied. Defendants' pending motion clearly references and indicates its reliance on extensive documentation previously provided to the Court. Fed. R. Civ. P. 1 proclaims that the rules of civil procedure "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action." Requiring repetitive filings of documentation already made available to the Court and opposing parties confounds and frustrates the first rule of the Federal Rules. LCvR 1.1(a) echoes the preference for judicial economies: "These rules supplement the Federal Rules of Civil and Criminal Procedure and shall be construed in harmony therewith." Plaintiff's assertion that Defendants are not entitled to use previously submitted documentation is just plain wrong.

Plaintiff's motion is not timely. He knows it. Presumably, that is why he labeled it *"nunc pro tunc.,"* which means "now for then" and is "applied to acts allowed to be done after the time when they should be done, with a retroactive effect." Black's Law Dictionary (4th Ed.) (West Publishing Co. 1968), p. 1218. Further, Plaintiff filed an opposition to the Defendant's motion on February 6, 2006, and then, on February 22, 2006, filed further, superfluous papers seeking to amend his responses to Defendants' Reply memorandum to the previous dispositive

motion which the Court had ruled moot, prompting Defendants to file a further Reply protesting Plaintiff's continuous agitation of the matter, harassment of the parties, interference with the administration of justice by refusing to allow the Court to address the issues presented by Defendants' motion.

Plaintiff's motion is not filed in good faith. He has already opposed the motion he now seeks to strike. He has further enlisted the Court's consideration of papers her had submitted in connection with the previously denied motion to dismiss. The only possible purpose of this pleading is to "vex the orderly proceedings in this case." Plaintiff's motion, argument 8, p. 2.

Plaintiff has not argued for striking Defendants' motion on the basis of any of the grounds provided in the Fed. R. Civ. P. 12(f): "insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

Plaintiff should be prejudiced by the denial of his motion. Defendants' dispositive motion should be considered, along with the entire Record in this matter, and granted.

Respectfully submitted,

_____
ROBIN C. ALEXANDER [D.C. Bar #184572]
University General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008
202/274-5400
ralexander@udc.edu

## Certificate of Service

I certify that copies of the foregoing University Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Strike, with accompanying Order, was mailed, first-class postage prepaid, this 5th day of April, to Randolph J. Greene, P.O. Box 36303, Washington, DC 20020; Robert M. Spagnoletti, D.C. Attorney General, 441 Fourth Street, N.W., Washington, DC 20001; and to Ms. Mireille B. Tshiteya, 671 Audrey Lane, Apt. # 302, Oxon Hill, MD 20745..

_____
Robin C. Alexander

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RANDOLPH J. GREENE** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action # 05-1097 RWR |
| | : | |
| **WASHINGTON, DC,** | : | |
| | : | |
| **WILLIAM L. POLLARD, President** | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| **CLEMMIE SOLOMON, Vice President** | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| **BRIAN BAKER, Professor** | : | |
|     David A. Clarke School of Law | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| **WILLIAM THOMAS, Library Technician** | : | |
|     David A. Clarke School of Law | : | |
|     University of the District | : | |
|     of Columbia, | : | |
| | : | |
| and | : | |
| | : | |
| **MIREILLE B. TSHITEYA,** | : | |
|     671 Audrey Lane, Apt. #302 | : | |
|     Oxon Hill, MD 20745, | : | |
| | : | |
| Defendants. | : | |

# O R D E R

Upon consideration of Plaintiff's Nunc Pro Tunc Motion to Strike Defendants' Second Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, the opposition thereto and the Record herein, it is this ____ day of April, 2006,

ORDERED, that Plaintiff's motion be and hereby is denied.

_____
RICHARD W. ROBERTS
United States District Judge

cc: Robin C. Alexander
University General Counsel
University of the District of Columbia
4200 Connecticut Avenue, N.W.
Washington, DC 20008

Randolph J. Greene, Plaintiff *pro se*
P.O. Box 36303
Washington, DC 20020

Robert M. Spagnoletti
District of Columbia Attorney General
441 Fourth Street, N.W.
Washington, DC 20001

Ms. Mireille Tshiteya
671 Audrey Lane, Apt. # 302,
Oxon Hill, MD 20745