

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_RANDOLPH J. GREENE_
Plaintiff(s)

vs

Civil Action No. _05-1097-RWR_

_MIRELILLE B. TSHITEYA_
Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_MIRELILLE B. TSHITEYA_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _MAY 12, 2006_ Pursuant to Local Rule 5.1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_[signature]_

UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE

VS.                                         C.A. No. 05-1097-RWR

MIRELILLE B. TSHITEYA

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____