PLAINTIFF'S EXHIBIT "S"

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

       Plaintiff                      Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.

       Defendants.

## AFFIDAVIT

WASHINGTON
District of Columbia

I, Randolph J. Greene, being first duly affirmed, according to law, depose and say:

1. The David A. Clark School of Law (hereinafter referred to as "DCLS") is formerly known as the Antioch School of Law (hereinafter referred to as "ASL").

2. When the DCSL was known as the ASL, it was not a part of the UDC family.

3. When ASL was a separate, independent post-secondary educational institution, it went out of business and ceased to exist as a separate, independent post-secondary educational institution.

4. While the ASL was in business, as a separate, independent post-secondary educational institution, I was an undergraduate student at UDC.

5. After the ASL ceased to exist as a separate, independent post-secondary educational institution, I was an undergraduate student at UDC.

6. Subsequently, the ASL became a part of the UDC family.

7. After the ASL became a part of the UDC family, the ASL changed its name to the DCSL.

8. After the ASL changed its name to the DCSL, it began to promulgate rules, regulations and policies.

9. One of these policies referred to in ¶8, is set forth in Plaintiff's Exhibit "P". This document created legal rights or legal expectations or liberty interests.

10. Because I was a student at UDC before and after the ASL merged with UDC and became the DCSL, I have a legitimate right to use UDC computer terminals located anywhere on UDCs campus designated for students' use, including those located in the DCSL. Plaintiff's Exhibit "P".

11. The signs posted in the Law Clinic Library and Resource Center stating that access is limited to DCSL students only, applies to UDC undergraduates who have enrolled after the signs were posted and not to UDC undergraduates who were enrolled before the signs were posted. Plaintiff's Exhibit "P".

12. On 19 (or 20th) September 2004, between 9 and 10 p.m., there were no computer terminals on UDCs main campus available for my use

other than the computer terminals and printer located in the Law Clinic Library and Resource Center. I asked for permission to use a computer terminal and permission was granted by an authorized DCSL agent and representative, at that point in time, *viz.*, defendant Thomas.

13. DCSL students are allowed to use facilities on UDCs main campus and no UDC undergraduate *ever follows them around and chides them about their use of UDC undergraduate facilities.*

14. I had a legitimate right to be peeved at defendant Tshiteya for exercising police powers on me when she was not a DCSL authorized agent and representative.

15. I had a legitimate right to be peeved at Sergeant Johnson for putting me out of the Law Clinic Library and Resource Center because of defendant Tshiteya's baseless complaint.

16. Plaintiff's Exhibit "P" invested me with discretionary authority to use a UDC computer in the Law Clinic Library and Resource Center for school work, legal work, surfing the Net, e-mail, *ad infinitum.*

17. Plaintiff's Exhibit "P" was available for distribution to the general public in the Charles and Hilda Mason Law Library *after* the signs were posted in the Law Clinic Library and Resource Center stating that access was limited to DCSL students only.

Pursuant to Title 28, United States Codes §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2006.

*[signature]*

AFFIANT
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro se

## CERTIFICATE OF SERVICE

The undersigned hereby certify that he served a copy of the Plaintiff's

**MOTION TO SUBMIT AFFIDAVITS BASED ON
PERSONAL KNOWLEDGE RATHER THAN INFORMATION/BELIEF**

on defendants attorney of record, Robin Alexander, General Counsel for the University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by delivering a copy of same to said office, this 19th day of April 2006.

UNDERSIGNED,
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro se