RECEIVED
APR 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

       Plaintiff                        Civil Action#05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

       Defendants.

### PLAINTIFF'S MOTION FOR ABATEMENT OF THE 18 APRIL 2006 COURT ORDER UNTIL PLAINTIFF RECEIVES ANSWERS TO INTERROGATORIES REQUESTING THE ADDRESS OF DEFENDANT MIRIELLE TSHITEYA

COMES NOW Randolph J. Greene, plaintiff, pro se, and pursuant to Rule 7(b), of the Federal Rules of Civil Procedure, respectfully request abatement of the 18 April 2006, court order (Document #49), requiring plaintiff to provide, by 12 April 2006, defendant Tshiteya's address so that she could be served with process, for the following, but not limited reasons:

    1. The plaintiff does not know defendant Tshiteya's correct address.

    2. The address that the plaintiff provided is the address that defendant Tshiteya provided to campus police. Plaintiff's Exhibit "F".

    3. On information and belief, defendant Tshiteya is enrolled in the David A. Clark School of Law.

4. The only way that the plaintiff *may be* able to obtain defendant Tshiteya's correct address is by propounding interrogatories to the defendants requesting that specific information.

5. On 24 April 2006, the plaintiff served on defendants' attorney of record, plaintiff's first of interrogatories to defendant BOARD OF TRUSTEES' requesting defendant Tshiteya's address. Under the Federal Rules of Civil Procedure, the plaintiff afforded defendant BOARD OF TRUSTEES' thirty (30) days to serve on the plaintiff, answers to the plaintiff's first set of interrogatories.

6. The plaintiff did not want to impose a hardship on defense counsel by requesting answers to his first set of interrogatories by or before 12 May 2006, and believes that if he had requested so, that it would have resulted in a written protest from defense counsel.

7. This motion is timely.

8. This motion is submitted in good faith and not to vex the orderly proceedings in this case.

9. The defendants will not be prejudiced if this motion is granted.

10. The plaintiff will be prejudiced if this motion is denied. (Document #49)

11. This Court's discretion.

WHEREFORE, the premises considered, plaintiff's motion for abatement of the Court's 18 April 2006, Order until plaintiff receives answers to his first set of interrogatories, should be GRANTED.

Respectfully submitted,

/s/ RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro se

## CERTIFICATE OF SERVICE

The undersigned hereby certify that he served a copy of the Plaintiff's

### MOTION FOR ABATEMENT OF THE
### 18 APRIL 2006, COURT ORDER UNTIL
### PLAINTIFF RECEIVES ANSWERS TO INTERROGATORIES
### REQUESTING THE ADDRESS OF DEFENDANT MIRIELLE TSHITEYA

on defendants attorney of record, Robin C. Alexander, General Counsel, University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by delivering a copy of same, to said office, in person this 26th day of April 2006.

/s/ UNDERSIGNED
RANDOLPH J. GREENE
P.O. Box 36503
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se