UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

        Plaintiff                                           Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

        Defendants.

## PLAINTIFF'S NOTICE TO INCORPORATE PREVIOUSLY FILED EXHIBITS

NOTICE IS HEREBY GIVEN, that Randolph J. Greene, plaintiff, pro se, moves and motions this Court, for leave pursuant to Rule 7(b) and Rule 60(b)(6), of the Federal Rules of Civil Procedure, to incorporate previously filed exhibits, which were mooted by the Court's 3 January 06, denial of the defendants first dispositive motion. A description of the exhibits and their accompanying papers are as follows:

1. Plaintiff's response to defendants' (first) motion to dismiss, or for summary judgment (Document #30). This pleading was accompanied by Plaintiff's Exhibits "C"-"M";

2. Plaintiff's Response Memorandum to Reply Memorandum of University Defendants' in Support of their Motions to Dismiss, or for Summary Judgment. Plaintiff's Exhibit "N" was attached to this Response. This response was dated-stamped 9:03, p.m., 3 December 2005, and not filed because it contained the wrong

case number. On 7 February 06, this Court denied plaintiff leave to file the Response. (See Attachment).

3. Plaintiff also request leave to incorporate Plaintiff's Exhibits "C" and "S" attached to document #50.

4. This request is timely.

5. This request is submitted in good faith and not to vex the orderly proceedings in this case.

6. The defendants will not be prejudiced if this request is granted.

7. The plaintiff will be prejudiced if this request is denied.

8. This Court's discretion.

WHEREFORE, the premises considered, plaintiff's request for leave to incorporate his previously filed Exhibits, should be GRANTED.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36503
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

The Undersigned hereby certify that he served a copy of the Plaintiff's

**NOTICE TO INCORPORATE
PREVIOUSLY FILED EXHIBITS**

on defendants attorney of record, Robin C. Alexander, General Counsel for the University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by hand-delivery this 3rd day of May 2006.

UNDERSIGNED,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se