UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,
    Plaintiff

v.

DISTRICT OF COLUMBIA, et al.,
    Defendants.

Civil Action
#05-1097 (RWR)

RECEIVED
MAY 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S NOTICE OF FILING

On 2 May 06 at 10:08 p.m., the plaintiff filed "PLAINTIFF'S NOTICE TO INCORPORATE PREVIOUSLY FILED EXHIBITS." However, the plaintiff failed to include his "Attachment" thereto. The document referred to is attached hereto.

Respectfully submitted
*Randolph J. Greene*
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se

RECEIVED
MAY - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Leave to file*
*DENIED!*
*/s/ Roberts, U.S.D.J.*
*2-7-06*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

05-1097

| | |
|---|---|
| RANDOLPH J. GREENE,<br>Plaintiff | Civil Action #05-1031(RWR) |
| v. | |
| DISTRICT OF COLUMBIA; et al.,<br>Defendants. | |

### PLAINTIFF'S RESPONSE MEMORANDUM TO REPLY MEMORANDUM OF UNIVERSITY DEFENDANTS IN SUPPORT OF THEIR MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT

### I. STATEMENT

This is a *pro se* civil rights action for declaratory and injunctive relief and damages against the defendants pursuant to *inter alia*, Article III, §2, clause 1, of the Constitution of the United States of America, and Title 28, United States Codes §§1331, 1343(a)(3), (b), 2201-02, and Title 42, United States Codes §1983, for imposing a disciplinary sanction (i.e., restriction of access to a university facility) against the plaintiff, for alleged nonacademic misconduct (impermissible speech on UDCs campus) without first affording the plaintiff rudimentary due process and minimum procedural safeguards.

In response to the plaintiff's inartfully drawn *pro se* complaint, the defendants moved to dismiss or for summary judgment. Plaintiff countered with a response thereto, supporting memorandum, exhibits (including an affidavit) and tendered a relation-back amended complaint. The university defendants answered

## CERTIFICATE OF SERVICE

The Undersigned hereby certify that he served a copy of the Plaintiff's

**NOTICE TO INCORPORATE
PREVIOUSLY FILED EXHIBITS**

on defendants attorney of record, Robin C. Alexander, General Counsel for the University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by hand-delivery this 3rd day of May 2006.

UNDERSIGNED,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro Se