UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RANDOLPH J. GREENE,

      Plaintiff                     Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; et al.,

      Defendants.

### PLAINTIFF'S COMPLIANCE WITH 18 APRIL 2006, COURT ORDER

AND NOW COMES Randolph J. Greene, plaintiff, *pro se,* and for his response to the Court's 18 April 2006, Order (Document #49), represents:

1. In an attempt to obtain defendant Mireille B. Tshiteya's address, the plaintiff propounded his first set of interrogatories to lead defendant BOARD OF TRUSTEES, requesting relevant information as to where defendant Tshiteya could be contacted on UDCs campus during daily business hours.

2. Specifically, plaintiff requested defendant Tshiteya's home address, and UDC place of employment (if any) and class schedule (if any).

3. The interrogatories have since been answered, but not by any member of the Board of Trustees.

4. Neverthess, an address for defendant Tshieteya has been provided. It is the same address plaintiff previously provided for service of process on defendant Tshieteya.

5. Defendant Tshiteya is evading service of process. She is evading service of process because she has knowledge of this case.

6. The address plaintiff provided to this Honorable Court is correct.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro se