UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDOLPH J. GREENE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON, D.C., *et al.*, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 05-1097 (RWR) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the University defendants' motion to dismiss [Doc. No. 36] is GRANTED. It is further

ORDERED that, pursuant to 28 U.S.C. § 1915(e), the complaint against defendants Mirielle Tshiteya and the District of Columbia is DISMISSED. It is further

ORDERED that all outstanding summonses are QUASHED. It is further

ORDERED that all other pending motions [Doc. Nos. 32, 33, 44, 40, 51, 52, 55] are DENIED as moot. It is further

ORDERED that this case is DISMISSED. This is a final appealable Order.

DATE: June 15th, 2006

_____/s/_____
RICHARD W. ROBERTS
United States District Judge