UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RANDOLPH J. GREENE,

       Plaintiff                          Civil Action #05-1097(RWR)

v.

DISTRICT OF COLUMBIA; *et al.*,

       Defendants.

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Randolph J. Greene, plaintiff, *pro se*, appeals the 15 June 2006, orders granting defendants motion to dismiss (Doc.#36), dismissing the complaint against defendant Mirielle B. Tshiteya and denying plaintiff's miscellaneous motions for various forms of relief (Doc.##32,33,40,44,51,52 and 55), to the United States Court of Appeals for the District of Columbia Circuit, this 13th day of July 2006.

Respectfully submitted,

RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff Pro se

## CERTIFICATE OF SERVICE

The undersigned hereby certify that he has served a copy of Plaintiff's

NOTICE OF APPEAL

on defendants attorney of record, Robin C. Alexander, Office of the General Counsel for the University of the District of Columbia, 4200 Connecticut Avenue, N.W., Washington, D.C. 20008, by delivering a copy of same, to said office, this 13th day of July 2006.

*[signature]*

UNDERSIGNED
RANDOLPH J. GREENE
P.O. Box 36303
Washington, D.C. 20020
(202) 561-4503
Plaintiff *Pro se*