# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7117**                                          **September Term, 2006**

05cv01097

**FILED**
**AUG 1 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On: February 27, 2007

[1025261]
Randolph J. Greene,
      Appellant

v.

District of Columbia, et al.,
      Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 8/15/07
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

**BEFORE:**    Sentelle, Rogers, and Garland, Circuit Judges

### O R D E R

    Upon consideration of the motion for summary affirmance, the opposition thereto, which includes a motion for summary reversal, the reply, and appellant's letter filed December 11, 2006; the motion styled as a request to proceed on the original record, the opposition thereto, and the reply; and the motion for appointment of counsel, it is,

    **ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

    **FURTHER ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). On appeal, appellant challenges the district court's dismissal of his 42 U.S.C. § 1983 claims against the University of the District of Columbia appellees and a UDC law student. The district court properly dismissed appellant's § 1983 claims because the alleged facts did not demonstrate a violation of his constitutional rights. See Saucier v. Katz, 533 U.S. 194, 201 (2001); Washington v. District of Columbia, 802 F.2d 1478, 1480 (D.C. Cir. 1986). It is

    **FURTHER ORDERED** that the motion to proceed on the original record be dismissed as moot.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District Of Columbia Circuit

---

**No. 06-7117**                                   **September Term, 2006**


      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>